Michael Ueese Berry

3:23cv167-KHJ-BWR
Plantiff

v.

State of Miss
Attorney General
Lynn Finch

Respondent

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Jun 06 2023
ARTHUR JOHNSTON, CLERK

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR - 6 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

Motion for Habeas Corpus

Motion for Rules Governing Section Section 2254 cases and Section 2253 proceedings in accordance with 28 U.S.C.A Habeas Corpus I will show that plea was involuntary and the Grounds cited has merit and should be heard and not procedurely barred.

Grounds for Relief

1. Order - Cause number 17-0-722-00 WLK - Exhibit 1 1E done without an attorney which occurred in prior proceedings. My Social Security number is not present, but in other exhibits it's present this not a Clerical Error. and it's not filed.

2. Indictment Exhibit 1a but there's no Record showing that this indictment was indicted by a Grand Jury Stirone v US 5th Circuit will apply also Exh 1a does not conclude with the peace and dignity of the State of Miss. where accusation is stated it ends with the peace and dignity. TS Rule 7.09 you can change to form but not substance. This Exh 1a doesn't have the Seal of the State, nor does it contain a Caption. This is a falsification and alteration of the documents. Under 5th Amendment also the 14th faulty Indictment. Indictment 1b contain the same errors as the 1st 1a but with one more error it was altered and that's a Criminal offense. Exhibit 1c contain the same errors.

3. The Exhibit 1d have been filed and it contain an alteration with the change of case no. by whom it is not entitled.

4. 14 Amend. State you can't break the law to enforce it in Exhibits it is clearly shown. My due process of law was violated because my attorney was ineffective because he allowed me to plea to a faulty indictment showing my plea was involuntary and lack of knowledge of the law. And he was ineffective for not studying the discovery and addressing this issue.

5. Also see affidavit 1-c it's not Stamped filed violating me Neglect of Circuit Clerk duties. # Exh 1f is not Stamped filed

Relief Sought

Free from false imprisonment for violations of improper Indictment, assistance of Counsel, my due process and alterations and falsifications of documents

Michael Berry

Certificate of Service

I certify that I have mailed and sent a correct and true copy of Habeas Corpus to the following

U.S District Court, Clerk of Court
501. E. Court Street
Jackson, MS 39201