IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL URESE BERRY, # 213526**                                                    **PETITIONER**

**VERSUS**                                              **CIVIL ACTION NO. 3:23cv361-HTW-RPM**

**STATE OF MISSISSIPPI and ATTORNEY**
**GENERAL LYNN FITCH**                                                                **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 8th day of November, 2023.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE